Dismissed and Memorandum Opinion filed February 26, 2009








Dismissed
and Memorandum Opinion filed February 26, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-01036-CV

____________

 

IN THE INTEREST OF D.S. and S.N.,
Minor Children

 



 

On Appeal from the 309th District
Court

Harris County, Texas

Trial Court Cause No.
2007-13343

 



 

M E M O R
A N D U M   O P I N I O N

This
appeal is from a judgment terminating the parental rights of appellant Heather
Stegall signed October 23, 2008.  The trial court found appellant indigent only
for purposes of obtaining counsel on appeal and appointed appellate counsel to
represent her.  Appellant was not found to be unable to pay for the record on
appeal.  No clerk=s record has been filed.  The clerk responsible for preparing
the record in this appeal informed the court appellant did not make
arrangements to pay for the record.  








On
January 20, 2009, notification was transmitted to all parties of the Court=s intention to dismiss the appeal for
want of prosecution unless, within fifteen days, appellant paid or made
arrangements to pay for the record and provided this court with proof of
payment.  See Tex. R. App. P.
37.3(b).  To date, no response has been filed.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Panel consists of Chief Justice Hedges and Justices
Anderson and Seymore.